STANLEY LIGON, Appellant, v TROY BLAKE et al., Respondents. [953 NYS2d 889]—In an action, inter alia, to impose a

constructive trust upon certain real property, the plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County (Jacobson, J.), dated March 31, 2011, as granted that branch of the defendants' motion which was for summary judgment dismissing the complaint.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

The defendants met their prima facie burden of establishing their entitlement to judgment as a matter of law (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). In opposition, the plaintiff failed to raise a triable issue of fact. Accordingly, the Supreme Court properly granted that branch of the defendants' motion which was for summary judgment dismissing the complaint (*id.*). Dillon, J.P., Balkin, Austin and Cohen, JJ., concur.